UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC., JOSEPH M. HOGAN, and JOHN F. MORICI,<br><br>Defendants. | Civil Action No. 1:20-cv-01822-JGK |

## [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT

THIS CAUSE came before the Court upon the parties' Joint Stipulation Regarding Response to Complaint and, upon due consideration and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. Defendants shall not be required to answer or otherwise respond to the current Complaint;

2. Following the appointment of a Lead Plaintiff the parties will confer and, in light of circumstances at that time, will submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto; and

3. The parties' stipulation and present order is without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

Dated: 3/27/20

_____
THE HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC., JOSEPH M. HOGAN, and JOHN F. MORICI,<br><br>                       Defendants. | Civil Action No. 1:20-cv-01822-JGK |

## **JOINT STIPULATION REGARDING RESPONSE TO COMPLAINT**

WHEREAS, Plaintiff filed a complaint on March 2, 2020 (the "Complaint"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a putative class;

WHEREAS, pursuant to Section 21D(a) of the Exchange Act, 15 U.S.C. § 78u-4(a), the Court must appoint a Lead Plaintiff;

WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended and consolidated complaint has been filed;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1.     Defendants shall not be required to answer or otherwise respond to the current Complaint;

2. Following the appointment of a Lead Plaintiff the parties will confer and, in light of circumstances at that time, will submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto; and

3. The present stipulation is entered into without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

Respectfully submitted,

Dated: March 27, 2020                ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
NOAM MANDEL
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: 212/791-0567
noam@rgrdlaw.com

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Attorneys for Plaintiff*

Dated: March 27, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Sheryl Shapiro Bassin*
    SHERYL SHAPIRO BASSIN

1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
(212) 999-5899 (fax)
sbassin@wsgr.com

CAZ HASHEMI (*pro hac vice* forthcoming)
IGNACIO E. SALCEDA (*pro hac vice* forthcoming)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/493-6811 (fax)
chashemi@wsgr.com
isalceda@wsgr.com

*Attorneys for Defendants Align Technology, Inc.,
Joseph M. Hogan, and John F. Morici*